# MINUTES OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

JUDGE: Hon. Tena Campbell

COURT REPORTER: Ray Fenlon
COURTROOM DEPUTY: Theresa Brown
INTERPRETER: none

CASE NO. 02-CR-632

USA v. Michael Sheehan

SCANNED

Approved By:_____

## APPEARANCE OF COUNSEL

Pla     Carlos Esqueda, AUSA
Dft     Stephen McCaughey, Esq.

DATE: 10/06/2003

MATTER SET: Sentencing

DOCKET ENTRY:

It is the judgment of the court that defendant be placed in the custody of the US Bureau of Prisons for 441 months (57 months for Count I, 84 months for Count II and 300 months for Count IV to run consecutively). Upon release from confinement, the defendant will be on supervised release for 36 months. Standard conditions will apply, with the following special conditions: 1. The defendant will submit to drug/alcohol testing as directed by the probation office, and pay a one-time $115 fee to partially defer the costs of collection and testing. 2. The defendant shall participate in drug and/or alcohol abuse treatment under a co-payment plan as directed by the USPO. 3. The defendant shall participate in a mental health treatment program under a co-payment plan, as directed by the probation office. 4. The defendant shall take any mental health medications as prescribed, and shall not possess or consume alcohol. The court orders defendant to submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter, as directed by the probation officer, in addition to any other testing requirements ordered by the court. No fine imposed. SAF of $300 is due immediately. The court advises defendant of his right to appeal. The court recommends defendant be placed in a facility in the state of California or as close to the state of Utah as possible.